IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRYAN KEITH JONES                                 PLAINTIFF

V.                  CASE NO.: 16-CV-05026

CORPORAL JAMES ROSE                         DEFENDANT

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff Bryan K. Jones under the provisions of 42 U.S.C. § 1983. Jones proceeds *pro se* and *in forma pauperis.*

When he filed this case, Jones was incarcerated in the Washington County Detention Center. (Doc. 1). He was specifically advised that he had an obligation to keep the Court informed of his current address at all times. (Doc. 3). On May 17, 2016, mail was returned to the Court as undeliverable with a notation that Plaintiff was no longer incarcerated at the Washington County Detention Center.

The Court obtained the home address Plaintiff had provided when booked, and a change of address was entered on Plaintiff's behalf on May 25, 2016. On June 23, 2016, Defendant filed a Motion to Dismiss. (Doc. 14). In the Motion, Defendant asserts that he has been unable to effect service of the Defendant's correspondence and of the notice of deposition on the Plaintiff. Plaintiff has not responded to the Motion.

A show cause order was entered on July 19, 2016, giving Jones until August 1, 2016, to show cause why this case should not be dismissed based on his failure to keep the Court informed of his current address. (Doc. 20). He was advised that failure to respond to the order would result in the dismissal of this case.

The show cause order was returned to the Court as undeliverable on July 27, 2016.

1

The Court has no other address available to it.

The Complaint is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, based on Plaintiff's failure to respond to the orders of the Court and his failure to prosecute this action.

**IT IS SO ORDERED** on this 17th day of August, 2016.

                                        TIMOTHY L. BROOKS
                                        UNITED STATES DISTRICT JUDGE